# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESSICA LYN DECLEMENTE, <br> Plaintiff, <br><br> vs. <br><br> SRSANDCO, LLC d/b/a MUDLICK MAIL and TIM ROSS, JR., <br> Defendants. | Civil Action Number: <br><br> 1:12-cv-01916-WBH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jessica Lyn DeClemente and Defendants SRSandco, LLC d/b/a Mudlick Mail and Tim Ross, Jr., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the DISMISSAL WITH PREJUDICE of all claims raised in the above-styled action. Each party shall bear its own costs and expenses of this action, including their attorneys' fees.

*[signatures contained on the following page]*

Respectfully submitted this 8th day of February, 2013.

| SO STIPULATED: | SO STIPULATED: |
|---|---|
| **DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC** | **MOORE INGRAM JOHNSON & STEELE, LLP** |
| *s/ Michael A. Caldwell* | *s/ Jeffrey A. Daxe* |
| Michael A. Caldwell | Jeffrey A. Daxe |
| Georgia Bar No. 102775 | Georgia Bar No. 213701 |
| *s/ Charles R. Bridgers* | *s/ Carey E. Olson* |
| Charles R. Bridgers | Carey E. Olson |
| Georgia Bar No. 080791 | Georgia Bar No. 843080 |
| 3100 Centennial Tower | Emerson Overlook |
| 101 Marietta Street | 326 Roswell Street |
| Atlanta, GA 30303 | Marietta, GA 30060 |
| (404) 979-3150 | (770) 429-1499 |
| (404) 979-3170 (facsimile) | (770) 429-8631 (facsimile) |
| michaelcaldwell@dcbflegal.com | jad@mijs.com |
| charlesbridgers@dcbflegal.com | colson@mijs.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JESSICA LYN DECLEMENTE, Plaintiff, | : : : |
| | : Civil Action Number: |
| vs. | : : 1:12-cv-01916-WBH |
| SRSANDCO, LLC d/b/a MUDLICK MAIL and TIM ROSS, JR., Defendants. | : : : : : : |

## **CERTIFICATE OF COUNSEL**

Pursuant to N.D. Ga. R. 7.1, the below signatory attorney certifies that this pleading was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in local N.D. Ga. R. 5.1 C.

> */s/Charles R. Bridgers*
> Ga. Bar No. 080791
> Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESSICA LYN DECLEMENTE, Plaintiff, | : : : |
| vs. | : Civil Action Number: : : 1:12-cv-01916-WBH : |
| SRSANDCO, LLC d/b/a MUDLICK MAIL and TIM ROSS, JR., Defendants. | : : : : : |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey A. Daxe
Carey E. Olson
MOORE INGRAM JOHNSON & STEELE, LLP
Emerson Overlook
326 Roswell Street
Marietta, GA 30060

Respectfully submitted this 8th day of February, 2013.

*/s/Charles R. Bridgers*
Charles R. Bridgers
Ga. Bar No. 080791
Counsel for Plaintiff

4